# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Greg S. Van Huisen

**Plaintiff,**

**V.**

John Doe, USMC; Warden- Acting Director, California Dept. of Corrections

**Defendant.**

**Civil Action No.** 26-cv-5734-LL-DEB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's Motion to Proceed IFP [ECF No. 3] as barred by 28 U.S.C. § 1915(g); DISMISSES this civil action without prejudice based on Plaintiff's failure to pay the full $405 civil filing fee required by 28 U.S.C. § 1914(a); CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). This case is hereby closed.

**Date:** 11/16/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy